1  SUZZANE UHLAND (S.B. 136852)
   KAREN RINEHART (S.B. 185996)
2  NORA PUCKETT (S.B. 248743)
   JENNIFER TAYLOR (S.B. 241191)
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  Attorneys for the At Home Liquidating Trust,
   successor in interest to At Home Corporation, *et al.*,
7  Debtors and Debtors-in-Possession

8  ELLEN A. FRIEDMAN (S.B. 127684)
   ANDREA T. PORTER (S.B. 095984)
9  FRIEDMAN DUMAS & SPRINGWATER LLP
   150 Spear Street, Suite 1600
10 San Francisco, California 94105
   Telephone:     (415) 834-3800
11 Facsimile:     (415) 834-1044

12 WILLIAM E. SMITH (Admitted *Pro Hac Vice*)
   WILEY REIN LLP
13 1776 K Street NW
   Washington, D.C. 20006
14 Telephone:     (202) 719-7000
   Facsimile:     (202) 719-7049
15
   Attorneys for the Appellee Genesis Insurance
16 Company

17

18                  UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

21  AT HOME CORPORATION, *et al.*,          )  Case No.  CV-09-03727-WHA
                                            )
22                         Appellants       )  Bankruptcy No. 01-32495
                                            )
23  *v.*                                    )  **JOINT STIPULATION AND**
                                            )  **[PROPOSED] ORDER REGARDING**
24  GENESIS INSURANCE COMPANY,              )  **SCHEDULING MATTERS**
                                            )
                           Appellee.        )
25  _____ )
                                            )
26  In re                                   )
                                            )
27  AT HOME CORPORATION,                    )
    a Delaware corporation, *et al.*,       )
28                                          )
                           Debtors.         )

{00462553.DOC v 1}                          STIPULATION AND [PROPOSED] ORDER
                                            CASE NO. CV-09-03727-WHA

1        WHEREAS, pursuant to the Court's Notice of Briefing of August 17, 2009, the At Home

2    Liquidating Trust (the "Appellant"), successor in interest to At Home Corporation, *et al.*, as

3    debtors and debtors-in-possession, must file and serve its opening brief on September 16, 2009;

4        WHEREAS, Genesis Insurance Company (the "Appellee") must file its opening brief

5    within 20 days after the service of the Appellant's opening brief;

6        WHEREAS, the Appellant's reply brief is due within 15 days after the service of

7    Appellee's opposition brief;

8        WHEREAS, in light of the parties' schedules, extending the briefing schedule is more

9    convenient for both parties and may provide the opportunity for the parties to engage in

10    settlement negotiations;

11        WHEREAS, the parties have agreed, subject to the approval of the Court, to modify the

12    schedule for the filing of the parties' briefs.

13        NOW THEREFORE, the parties to this action hereby stipulate and agree, by and through

14    their undersigned counsel, as follows:

15        1.     The Appellant shall file its opening brief by October 7, 2009;

16        2.     The Appellee shall file its opposition brief by November 6, 2009; and

17        3.     The Appellant shall file its reply brief by November 25, 2009.

18

19

20    Dated:   September 3, 2009           O'MELVENY & MYERS LLP

21

22                            By: /s/ _____

23                               Jennifer Taylor

                                Attorneys for the Appellant, the At Home

24                                Liquidating Trust, successor in interest to At
                                Home Corporation, *et al.*, Debtors and Debtors-in-

25                                Possession

26

27

28

1  Dated: September 3, 2009                FRIEDMAN DUMAS & SPRINGWATER LLP

2

3                                          By: /s/ _____
                                               Ellen A. Friedman
4
                                           Attorneys for the Appellee Genesis Insurance
5                                          Company

6
                                           Of Counsel:
7
                                           William E. Smith
8                                          WILEY REIN LLP
                                           Attorneys for the Appellee Genesis Insurance
9                                          Company

10

11          I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this

12  Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General

13  Order 45, X.B., I hereby attest that William Smith has concurred in this filing.

14
                                           By: _/s/ _____
15                                             Jennifer Taylor

16

17                                      O R D E R

18          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

19

20  DATED: September 11, 2009             _____
                                           The Hon_____
21                                         United S_____

22

23

24

25  SF1:775011.3

26

27

28

{00462553.DOC v 1}                     - 2 -        STIPULATION AND [PROPOSED] ORDER
                                                    CASE NO. C-09-03727-WHA

## PROOF OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to the within action.  I am a resident of or employed in the county where the service described below occurred.  My business address is Two Embarcadero Center, Suite 2800, San Francisco, California 94111-3305.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service.  On September 3, 2009 I served the following:

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on September 3, 2009, at San Francisco, California.

_____
Wendy M. Martens

1

## SERVICE LIST

2

3   **Office of the United States Trustee**
    Patricia Cutler, Esq.
4   Office of the U.S. Trustee
    235 Pine Street, Suite 700
5   San Francisco, CA 94104
    Phone: (415) 705-3333
6   Fax:      (415) 705-3379

**Co-Counsel to Bondholders'
Liquidating Trust**
Weil, Gotshal & Manges LLP
Joseph S. Allerhand
Richard W. Slack
767 Fifth Avenue
New York, NY 10153-0119
Phone: (212) 310-8000

7

8   **Co-Counsel to Bondholders'
    Liquidating Trust**
9   Pachulski, Stang, Ziehl, Young, Jones
    & Weintraub, P.C.
10  Maxim B. Litvak, Esq.
    150 California Street, 15th Floor
11  San Francisco, CA 94111-4500
    Phone: (415) 263-7000

**Counsel for At Home General
Unsecured Creditors' Liquidating
Trust**
McNutt Law Group LLP
Scott McNutt
Michael A. Sweet
188 The Embarcadero, Suite 800
San Francisco, CA 94105
Phone: (415) 995-8475

12

13  **Counsel for AT&T Corp.**
    David M. Halbreich
    Douglas G. Boven
14  Reed Smith LLP
    355 South Grand Avenue, Suite 2900
15  Los Angeles, CA 90071-1514
    Phone: (213) 475-8000

**Counsel for AT&T Corp.**
Joel G. Samuels
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Phone: (213) 896-6000

16

17  **Counsel for Edward T. Rogers**
    John E. Beerbower
    Cravath, Swaine & Moore, LLP
18  Worldwide Plaza
    825 Eight Avenue
19  New York, New York 10019-7475
    Phone: (212) 474-1864

**Counsel for Mark McEachen**
Robert R. Cross
Sideman & Bancroft, LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960

20

21  **Co-Counsel for Genesis Insurance
    Co.**
22  William E. Smith
    Wiley Rein LLP
23  1776 K Street NW
    Washington, D.C. 20006
24  Telephone: (202) 719-7000

**Co-Counsel for Genesis Insurance Co.**
Andrea Porter
Friedman Dumas & Springwater LLP
150 Spear Street, Ste. 1600
San Francisco, CA 94105
Telephone: (415) 834-3800

25

26

27

28

**Genesis Insurance Company**
695 East Main Street
P.O. Box 10354
Stamford, CT  06904-2354
Fax: 312.526.7508
Attn: Mark Easton
Re:  Policy Number YXB002358

**Genesis Professional Liability Managers**
25550 Chagrin Blvd., Suite 300
Beachwood, OH 44122
Attn:  Elizabeth A. Shaver, Esq.
Re:  Policy Number YXB002358

**AT&T Corp.**
c/o John E. James, Esq.
Potter Anderson & Carroon, LLP
1313 North Market Street
P.O. Box 951 Wilmington, DE
19899-0951

**AT&T Corp.**
James W. Grundus, Esq.
295 North Maple Avenue
Room 1126M1
Basking Ridge, NJ 07920-1025

**Mark McEachen**
12 Hillcrest Manor
Rolling Hills Estate, CA 90274

**Mark McEachen**
Chief Financial Officer
Fabrik
1825 South Grant Street
Suite 200
San Mateo, CA 94492

**Edward T. Rogers**
Rogers Communications, Inc.
333 Bloom Street East
Toronto, Ontario M4W 1G9

**David P. Miller**, Vice President,
General Counsel and Secretary
Rogers Communications, Inc.
333 Bloom Street East
Toronto, Ontario M4W 1G9