| | |
|---|---|
| 1 | SUZZANE UHLAND (S.B. 136852) |
| | KAREN RINEHART (S.B. 185996) |
| 2 | NORA PUCKETT (S.B. 248743) |
| | JENNIFER TAYLOR (S.B. 241191) |
| 3 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone:    (415) 984-8700 |
| 5 | Facsimile:    (415) 984-8701 |
| 6 | Attorneys for the At Home Liquidating Trust, |
| | successor in interest to At Home Corporation, *et al.*, |
| 7 | Debtors and Debtors-in-Possession |
| 8 | ELLEN A. FRIEDMAN (S.B. 127684) |
| | ANDREA T. PORTER (S.B. 095984) |
| 9 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| | 150 Spear Street, Suite 1600 |
| 10 | San Francisco, California 94105 |
| | Telephone:    (415) 834-3800 |
| 11 | Facsimile:    (415) 834-1044 |
| 12 | WILLIAM E. SMITH (Admitted *Pro Hac Vice*) |
| | WILEY REIN LLP |
| 13 | 1776 K Street NW |
| | Washington, D.C. 20006 |
| 14 | Telephone:    (202) 719-7000 |
| | Facsimile:    (202) 719-7049 |
| 15 | |
| | Attorneys for the Appellee Genesis Insurance |
| 16 | Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 21 | AT HOME CORPORATION, *et al.*, | ) | Case No.  CV-09-03727-WHA |
| 22 | Appellants | ) ) | Bankruptcy No. 01-32495 |
| 23 | v. | ) ) | **JOINT STIPULATION AND** |
| 24 | GENESIS INSURANCE COMPANY, | ) ) | **[PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |
| 25 | Appellee. | ) ) | |
| 26 | ─────────────────── In re | ) ) | |
| 27 | AT HOME CORPORATION, a Delaware corporation, *et al.*, | ) ) ) | |
| 28 | Debtors. | ) ) | |

{00462553.DOC v 1}  
SF1:778200.1

STIPULATION AND [PROPOSED] ORDER  
CASE NO. CV-09-03727-WHA

1  WHEREAS, pursuant to the Court's Order approving the Joint Stipulation Regarding Scheduling Matters entered September 11, 2009 [Docket No. 6], the At Home Liquidating Trust (the "Appellant"), successor in interest to At Home Corporation, *et al.*, as debtors and debtors-in-possession, must file and serve its opening brief on October 7, 2009;

WHEREAS, Genesis Insurance Company (the "Appellee") must file its opening brief no later than November 6, 2009;

WHEREAS, the Appellant's reply brief is due no later than November 25, 2009;

WHEREAS, the parties have engaged in settlement negotiations and believe that a brief extension of the briefing schedule would allow them an opportunity to document a consensual resolution to this matter;

WHEREAS, the parties have agreed, subject to the approval of the Court, to modify the schedule for the filing of the parties' briefs.

NOW THEREFORE, the parties to this action hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. The Appellant shall file its opening brief by November 9, 2009;
2. The Appellee shall file its opposition brief by December 7, 2009; and
3. The Appellant shall file its reply brief by December 28, 2009.

Dated: October 7, 2009

O'MELVENY & MYERS LLP

By: /s/ Jennifer Taylor

Attorneys for the Appellant, the At Home Liquidating Trust, successor in interest to At Home Corporation, *et al.*, Debtors and Debtors-in-Possession

{00462553.DOC v 1}
SF1:778200.1

- 1 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-03727-WHA

| | |
|---|---|
| Dated: October 7, 2009 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| | By: /s/ *Ellen A. Friedman* |
| | Ellen A. Friedman |
| | Attorneys for the Appellee Genesis Insurance Company |
| | |
| | Of Counsel: |
| | William E. Smith<br>WILEY REIN LLP<br>Attorneys for the Appellee Genesis Insurance Company |

I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General Order 45, X.B., I hereby attest that William Smith has concurred in this filing.

By: /s/
Jennifer Taylor

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: October 8, 2009

_____
Judge William Alsup
*IT IS SO ORDERED*
United States District Court, Northern District of California

SF1:775011.3

**PROOF OF SERVICE BY MAIL**

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On October 7, 2009 I served the following:

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 7, 2009, at San Francisco, California.

_____
Wendy M. Martens

1
2                              **SERVICE LIST**
3
4   **Office of the United States Trustee**         **Co-Counsel to Bondholders'**
    Patricia Cutler, Esq.                           **Liquidating Trust**
5   Office of the U.S. Trustee                      Weil, Gotshal & Manges LLP
    235 Pine Street, Suite 700                      Joseph S. Allerhand
6   San Francisco, CA 94104                         Richard W. Slack
    Phone:  (415) 705-3333                          767 Fifth Avenue
7   Fax:    (415) 705-3379                          New York, NY  10153-0119
                                                    Phone:  (212) 310-8000
8
                                                    **Counsel for At Home General**
9   **Co-Counsel to Bondholders'**                  **Unsecured Creditors' Liquidating**
    **Liquidating Trust**                           **Trust**
10  Pachulski, Stang, Ziehl, Young, Jones           McNutt Law Group LLP
    & Weintraub, P.C.                               Scott McNutt
11  Maxim B. Litvak, Esq.                           Michael A. Sweet
    150 California Street, 15th Floor               188 The Embarcadero, Suite 800
12  San Francisco, CA 94111-4500                    San Francisco, CA  94105
    Phone:  (415) 263-7000                          Phone:  (415) 995-8475
13
14  **Counsel for AT&T Corp.**                      **Counsel for AT&T Corp.**
    David M. Halbreich                              Joel G. Samuels
    Douglas G. Boven                                Sidley Austin LLP
15  Reed Smith LLP                                  555 West Fifth Street, Suite 4000
    355 South Grand Avenue, Suite 2900              Los Angeles, CA 90013
16  Los Angeles, CA 90071-1514                      Phone: (213) 896-6000
    Phone: (213) 475-8000
17
18
19  **Counsel for Edward T. Rogers**                **Counsel for Mark McEachen**
    John E. Beerbower                               Robert R. Cross
20  Cravath, Swaine & Moore, LLP                    Sideman & Bancroft, LLP
    Worldwide Plaza                                 One Embarcadero Center, Eighth Floor
21  825 Eight Avenue                                San Francisco, CA 94111
    New York, New York 10019-7475                   Telephone: (415) 392-1960
22  Phone: (212) 474-1864

23  **Co-Counsel for Genesis Insurance**            **Co-Counsel for Genesis Insurance Co.**
    **Co.**                                         Andrea Porter
24  William E. Smith                                Friedman Dumas & Springwater LLP
    Wiley Rein LLP                                  150 Spear Street, Ste. 1600
25  1776 K Street NW                                San Francisco, CA 94105
    Washington, D.C. 20006                          Telephone: (415) 834-3800
26  Telephone: (202) 719-7000
27
28

| | | |
|---|---|---|
| 1 | **Genesis Insurance Company**<br>695 East Main Street | **Genesis Professional Liability Managers**<br>25550 Chagrin Blvd., Suite 300 |
| 2 | P.O. Box 10354<br>Stamford, CT  06904-2354 | Beachwood, OH 44122<br>Attn:  Elizabeth A. Shaver, Esq. |
| 3 | Fax: 312.526.7508<br>Attn: Mark Easton | Re:  Policy Number YXB002358 |
| 4 | Re:  Policy Number YXB002358 | |
| 5 | | |
| 6 | **AT&T Corp.**<br>c/o John E. James, Esq. | **AT&T Corp.**<br>James W. Grundus, Esq. |
| 7 | Potter Anderson & Carroon, LLP<br>1313 North Market Street | 295 North Maple Avenue<br>Room 1126M1 |
| 8 | P.O. Box 951 Wilmington, DE<br>19899-0951 | Basking Ridge, NJ 07920-1025 |
| 9 | **Mark McEachen**<br>12 Hillcrest Manor | **Mark McEachen**<br>Chief Financial Officer |
| 10 | Rolling Hills Estate, CA 90274 | Fabrik<br>1825 South Grant Street |
| 11 | | Suite 200<br>San Mateo, CA 94492 |
| 12 | **Edward T. Rogers**<br>Rogers Communications, Inc. | **Edward T. Rogers**<br>c/o David P. Miller, Vice President, |
| 13 | 333 Bloom Street East<br>Toronto, Ontario M4W 1G9 | General Counsel and Secretary<br>Rogers Communications, Inc. |
| 14 | | 333 Bloom Street East<br>Toronto, Ontario M4W 1G9 |