IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT HOME CORPORATION, *et al.*, | Case No. C 09-03727 WHA |
| Appellants, | Bankruptcy No. 01-32495 |
| v. | **ORDER REGARDING STIPULATION RE SCHEDULING MATTERS** |
| GENESIS INSURANCE COMPANY, | |
| Appellee. | |

The parties have filed a joint stipulation and proposed order regarding scheduling matters. The Court has already granted a generous extension regarding these scheduling matters for settlement negotiations. This reason is not sufficient to warrant the further lengthy extension requested by the parties.

The schedule will proceed as follows:

1. The Appellant shall file its opening brief by November 16, 2009;

2. The Appellee shall file its opposition brief by December 14, 2009;

3. The Appellant shall file its reply brief by January 4, 2010.

**IT IS SO ORDERED.**

Dated: November 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE