1  SUZZANE UHLAND (S.B. 136852)
   KAREN RINEHART (S.B. 185996)
2  NORA PUCKETT (S.B. 248743)
   JENNIFER TAYLOR (S.B. 241191)
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  Attorneys for the At Home Liquidating Trust,
   successor in interest to At Home Corporation, *et al.*,
7  Debtors and Debtors-in-Possession

8  ELLEN A. FRIEDMAN (S.B. 127684)
   ANDREA T. PORTER (S.B. 095984)
9  FRIEDMAN DUMAS & SPRINGWATER LLP
   150 Spear Street, Suite 1600
10 San Francisco, California 94105
   Telephone:    (415) 834-3800
11 Facsimile:    (415) 834-1044

12 WILLIAM E. SMITH (Admitted *Pro Hac Vice*)
   WILEY REIN LLP
13 1776 K Street NW
   Washington, D.C. 20006
14 Telephone:    (202) 719-7000
   Facsimile:    (202) 719-7049

15
   Attorneys for the Appellee Genesis Insurance
16 Company

17

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21 AT HOME CORPORATION, *et al.*,          )   Case No.  CV-09-03727-WHA
                                           )
22               Appellants                )   Bankruptcy No. 01-32495
                                           )
23 *v.*                                    )   ~~[PROPOSED]~~ ORDER GRANTING
                                           )   JOINT MOTION OF AT HOME
   GENESIS INSURANCE COMPANY,              )   LIQUIDATING TRUST AND GENESIS
24                                         )   INSURANCE COMPANY FOR ORDER
                 Appellee.                 )   EXTENDING BRIEFING SCHEDULE
25 _____)   IN ORDER TO PERMIT APPROVAL
                                           )   OF SETTLEMENT AGREEMENT
26 In re                                   )   WITH MODIFICATIONS
                                           )
27 AT HOME CORPORATION,                    )
   a Delaware corporation, *et al.*,       )
                                           )
28               Debtors.                  )

LA3:1162681.1                        - 1 -            ~~[PROPOSED]~~ ORDER EXTENDING
                                                        BRIEFING SCHEDULE
                                                     CASE NO. CV-09-03727-WHA

1    The joint Motion of the At Home Liquidating Trust (the "Appellant"), successor in

2    interest to At Home Corporation, *et al.*, as debtors and debtors-in-possession, and Genesis

3    Insurance Company (the "Appellee") For Order Extending Briefing Schedule in Order To Permit

4    Approval of Settlement Agreement (the "Motion") having come before this Court for

5    consideration, and for good cause shown, is **GRANTED**.  It is hereby **ORDERED** as follows:

6        1.    The Appellant shall file its opening brief by  December 7, 2009;

7        2.    The Appellee shall file its opposition brief by  January 4, 2010; and

8        3.    The Appellant shall file its reply brief by  January 25, 2010.

9        This will be the last extension granted by the Court.  Failure by the Appellant to file its

10   opening brief by December 7, 2009, will result in dismissal of this action.

11

12   DATED: November 17, 2009

        _____
        The Honorable William Alsup
        United States District Judge

13

IT IS SO ORDERED

Judge William Alsup

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA3:1162681.1

[PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE
CASE NO. CV-09-03727-WHA