1  SUZZANE UHLAND (S.B. 136852)
   KAREN RINEHART (S.B. 185996)
2  NORA PUCKETT (S.B. 248743)
   JENNIFER TAYLOR (S.B. 241191)
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  Attorneys for the At Home Liquidating Trust,
   successor in interest to At Home Corporation, *et al.*,
7  Debtors and Debtors-in-Possession

8  ELLEN A. FRIEDMAN (S.B. 127684)
   ANDREA T. PORTER (S.B. 095984)
9  FRIEDMAN DUMAS & SPRINGWATER LLP
   150 Spear Street, Suite 1600
10 San Francisco, California 94105
   Telephone:    (415) 834-3800
11 Facsimile:    (415) 834-1044

12 WILLIAM E. SMITH (Admitted *Pro Hac Vice*)
   WILEY REIN LLP
13 1776 K Street NW
   Washington, D.C. 20006
14 Telephone:    (202) 719-7000
   Facsimile:    (202) 719-7049

15
   Attorneys for the Appellee Genesis Insurance
16 Company

17

18              **UNITED STATES DISTRICT COURT**

19           **NORTHERN DISTRICT OF CALIFORNIA**

20               **SAN FRANCISCO DIVISION**

21 AT HOME CORPORATION, *et al.*,          )   Case No.  CV-09-03727-WHA
                                           )
22              Appellants                 )   Bankruptcy No. 01-32495
                                           )
23 *v.*                                    )   **JOINT STIPULATION AND**
                                           )   **[PROPOSED] ORDER DISMISSING**
   GENESIS INSURANCE COMPANY,              )   **APPEAL**
24                                         )
                Appellee.                  )
25 _____    )
                                           )
   In re                                   )
26                                         )
                                           )
   AT HOME CORPORATION,                    )
27 a Delaware corporation, *et al.*,       )
                                           )
28              Debtors.                   )

                              STIPULATION AND [PROPOSED] ORDER
                                     CASE NO. CV-09-03727-WHA

1      Appellants hereby stipulate and agree to dismiss the above-captioned appeal with

2  prejudice.  Appellees consent to this dismissal.  The parties have reached a settlement agreement

3  and will bear their own costs.

4

5
   Dated:   December 7, 2009                    O'MELVENY & MYERS LLP
6

7
                                                By:   /s/ *Jennifer Taylor*
8                                                       Jennifer Taylor

9                                               Attorneys for the Appellant, the At Home
                                                Liquidating Trust, successor in interest to At
10                                               Home Corporation, *et al*., Debtors and Debtors-in-
                                                Possession
11  Dated:  December 7, 2009                     FRIEDMAN DUMAS & SPRINGWATER LLP

12

13                                               By:   /s/ *Ellen Friedman*
                                                       Ellen A. Friedman
14
                                                Attorneys for the Appellee Genesis Insurance
15                                               Company

16                                               Of Counsel:

17                                               William E. Smith
                                                WILEY REIN LLP
18                                               Attorneys for the Appellee Genesis Insurance
                                                Company
19

20

21      I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this

22  Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General

23  Order 45, X.B., I hereby attest that Ellen Friedman and William Smith have concurred in this

24  filing.

25
                                                By:    /s/   *Jennifer Taylor*
26                                                       Jennifer Taylor

27

28

                                        - 1 -       STIPULATION AND [PROPOSED] ORDER
                                                    CASE NO. C-09-03727-WHA

1

## O R D E R

2

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

**THE CLERK SHALL CLOSE THE FILE.**

3

4

DATED: December 8, 2009

5
_____
The Honorable William Alsup
United States District Judge

6

7

8

9    SF1:782977.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -    STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. C-09-03727-WHA